UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BURNIE L. MAJEED, SR., MIA MAJEED,<br>          Plaintiffs<br><br>vs.<br><br>THE STATE OF NORTH CAROLINA, AND NORTH CAROLINA DEPARTMENT OF JUSTICE, ATTORNEY GENERALS OFFICE,<br><br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-CV-86-BR** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss is GRANTED. Plaintiffs' amended complaint is DISMISSED WITH PREJUDICE.

This Judgment filed and entered on April 23, 2019, and copies to:
Burnie L. Majeed, Sr. and Mia Majeed (128 Rose Drive, Mullica Hill, NJ 080562 - via U.S. Mail)
Anna M. Davis (via CM/ECF electronic notification)

April 23, 2019

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk